UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Juan Morales-Girona, et al
    Plaintiff(s)

v.

Pedro Pierluisi-Urrutia, et al
    Defendant(s)

Civil No. 97-2836(PG)

| MOTION | ORDER |
|---|---|
| Motion for leave to file reply to opposition to motion to dismiss (dkt. #29) | _X_ is GRANTED.<br>___ is DENIED.<br>___ is MOOT.<br>___ is NOTED. |

Date: October 5, 1999

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

