# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

JUAN CARLOS MORALES GIRONA AND   *
MAYRA SOSA URGELL, AND THE MARITAL   *
JOINT SOCIETY COMPOSED BETWEEN   *
THEM,   *

        Plaintiffs   *

        v.   *       Civ. No. 97-2836 (PG)

PEDRO R. PIERLUISI-URRUTIA, former   *
SECRETARY OF JUSTICE OF PUERTO RICO,   *
et al.,   *

        Defendants   *

* * * * * * * * * * * * * * * * * * * * * * * * * *

## PARTIAL JUDGMENT

Having dismissed the case against Defendants Pedro R. Pierluisi-Urrutia, José B. Capó-Rivera, Pedro Geronimo Goyco-Amador, Domingo Alvarez-Rosa, and Defendant Luis Batiz-Maldonado beacuse Plaintiffs' complaint is lacking specific allegations, it is hereby

**ORDERED and ADJUDGED** that the federal causes of action be **DISMISSED with prejudice**; that Plaintiffs' state law claims are **DISMISSED without prejudice**; and Docket 34 is held to be **MOOT.**

San Juan, Puerto Rico, August __/__, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(4)

36 no

AO 72A
(Rev.8/82)