UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 AUG -4 AM 10: 06
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

JUAN CARLOS MORALES GIRONA AND \*
MAYRA SOSA URGELL, AND THE MARITAL \*
JOINT SOCIETY COMPOSED BETWEEN \*
THEM, \*
          Plaintiffs \*

v.    \*    Civ. No. 97-2836 (PG)

PEDRO R. PIERLUISI-URRUTIA, former \*
SECRETARY OF JUSTICE OF PUERTO RICO, \*
et al., \*
          Defendants \*

## ORDER TO SHOW CAUSE

Attorney Juan Carlos Morales-Girona filed this case against a variety of governmental defendants. The Court previously dismissed the causes of action against Defendants Domingo Alvarez-Rosa, Luis Batiz-Maldonado, José B. Capó-Rivera, José A. Fuentes-Agostini, Pedro Geronimo Goyco-Amador, Pedro R. Pierluisi-Urrutia and the Commonwealth of Puerto Rico. According to the records of the Court, the remaining Defendants are Negociado de Investigaciones Especiales, the Police of Puerto Rico, Pedro Rossello-González, Pedro Toledo-Davila, and several unnamed Defendants. After review of the Court's previous orders, the Court sees no reason why the cause of action should not be dismissed against these remaining Defendants as well. The reasoning for which led to the dismissal of the previous Defendants seems to hold true for the remaining Defendants. If reasons stand that require this case to continue, Plaintiffs should so state.

(3)



97-2836 (PG)                                                                                     2

Wherefore, the Court hereby Order Plaintiff to Show Good Cause within 15 days as to why this case should not be dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August ___, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)