UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN CARLOS MORALES-GIRONA, ET AL., | * |
| Plaintiffs | * |
| v. | * Civ. No. 97-2836 (PG) |
| PEDRO R. PIERLUISI-URRUTIA, former SECRETARY OF JUSTICE RIVERA; ET AL., | * |
| Defendants | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JUDGMENT

Having found Plaintiffs to have failed to prosecute their case and failed to comply with an order of the Court, it is hereby

**ORDERED and ADJUDGED** that the above captioned case be **DISMISSED with prejudice**

San Juan, Puerto Rico, September 8, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)